**Deny and Opinion Filed May 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00647-CV

### IN RE VICTOR ENTERPRISES, INC., Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-07625-A**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus requesting that the Court dissolve the temporary restraining order signed by the trial court on May 19, 2014, remove the trial judge from the case, and grant relator attorney's fees and costs for filing this mandamus action. Relator's petition is not authenticated as required by the Texas Rules of Appellate Procedure. TEX. R. APP. P. 52.3(j). The rule 52.3(j) certification must include the statement that the person filing the petition "has reviewed the petition and concluded that every factual statement is supported by competent evidence included in the appendix or record." TEX. R. APP. P. 52.3(j). Relator's petition does not include this statement. Accordingly, we **DENY** the petition for writ of mandamus.

140647F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE